IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |  |
|---|---|---|
| MICHAEL C. JENKINS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. CIV-13-230-C |
| | ) | |
| TERRY MARTIN, Warden, et al., | ) | |
| | ) | |
| Respondents. | ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by the United States Magistrate Judge Shon T. Erwin on October 4, 2013. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and Respondent's Motion to Dismiss for Failure to Exhaust State Court Remedies is DENIED.

IT IS SO ORDERED this 30th day of October, 2013.

ROBIN J. CAUTHRON
United States District Judge